736

## (October 1, 1965)

WELLINGTON ASSOCIATES, INC., Respondent, v. DAPIN HOTEL CORP., Appellant.— Order entered July 30, 1965, unanimously reversed, on the law, the facts and in the exercise of discretion, with $30 costs and disbursements to the appellant, and motion for the appointment of a receiver denied, with $10 costs. The moving papers are grossly inadequate to support so drastic a remedy. (See *S. Z. B. Corp.* v. *Ruth,* 14 A D 2d 678.) Moreover, in a landlord and tenant relationship, there must be a showing that a receivership is necessary rather than the more expeditious remedy of a summary proceeding. Settle order on 10 days' notice. Concur — Botein, P. J., Breitel, McNally, Eager and Steuer, JJ.

WELLINGTON ASSOCIATES, INC., Respondent, v. DAPIN HOTEL CORP., Appellant.— Motion for a stay and motion to vacate stay dismissed, having become academic by virtue of the decision of this court in appeal, [the above]. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

LOUIS GREENBERG et al. v. THEODORE CHARNAS.— Motion for a stay granted to the extent of staying the transfer of the cash and securities constituting the "liquid assets" upon condition that the appellants furnish a surety bond in the amount of $5,000 within 10 days after entry of the order herein and upon the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1965, with notice of argument for the November 1965 Term of this court. Respondent's points are to be served and filed on or before October 26, 1965. Reply points, if any, are to be served and filed on or before October 29, 1965. Concur — Botein, P. J., Breitel, McNally, Eager and Steuer, JJ.

## (October 5, 1965)

In the Matter of EDWARD SACKS, an Attorney. In the Matter of MORRIS J. SCHNUR, an Attorney.— Motions for reinstatement to the Bar granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.